UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MONICA APODACA, | |
| Plaintiff, | Case No. C20-5321-MLP |
| v. | ORDER |
| COLUMBIA DEBT RECOVERY LLC, | |
| Defendant. | |

On April 3, 2020, Plaintiff filed her Complaint in this matter. (Dkt. # 1.) A summons was issued to Defendant on April 6, 2020. (Dkt. # 2.) On September 1, 2020, this Court issued an Order to Show Cause why the Complaint in this matter should not be dismissed for failure to timely serve. (Dkt. # 3.) On September 2, 20202, Plaintiff filed a proof of service demonstrating service was effected on May 15, 2020. (Dkt. # 4.)

Currently before the Court is Plaintiff's Notice of Voluntary Dismissal. (Dkt. # 5.) Plaintiff asks for this matter to be voluntarily dismissed *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id.* at 1; *see* Fed. R. Civ. P. 41(a)(1)(A)(i) ("Plaintiff may dismiss an action without a court order . . . by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."); Fed. R. Civ. P.

ORDER - 1

1    41(a)(1)(B)("Unless the notice or stipulation states otherwise, the dismissal is without prejudice
2    . . ." )).
3           Therefore, based on Plaintiff's Notice of Voluntary Dismissal (dkt. # 5), and finding good
4    cause, it is hereby ORDERED that Plaintiff's Complaint and this matter are dismissed with
5    prejudice. The Clerk shall close this case accordingly.

7           Dated this 22nd day of September, 2020.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2